UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY BOCCIA,<br><br>    Plaintiff,<br><br>    v.<br><br>VISA INC. AND COMPANY AFFILIATES WELFARE BENEFIT AND CAFETERIA PLAN, et al.,<br><br>    Defendants. | Case No. 15-cv-01574-RS<br><br>**CASE MANAGEMENT SCHEDULING ORDER** |

Pursuant to Rule 16(b) of the Federal Rules of Civil Procedure, the parties attended a Case Management Conference on July 9, 2015. After considering the Joint Case Management Statement submitted by the parties and consulting with the attorneys of record for the parties and good cause appearing, IT IS HEREBY ORDERED THAT:

    1.    DISCOVERY.

By agreement of the parties, no discovery shall be exchanged prior to the completion of private mediation scheduled to occur in October 2015.

    2.    DISCOVERY DISPUTES.

Discovery disputes will be referred to a Magistrate Judge. After the parties have met and conferred, the parties shall prepare a joint letter of not more than 8 pages explaining the dispute. Up to 12 pages of attachments may be added. The joint letter must be electronically filed under the Civil Events category of "Motions and Related Filings >Motions--General > Discovery Letter Brief." The Magistrate Judge to whom the matter is assigned will advise the parties of how that Judge intends to proceed. The Magistrate Judge may issue a ruling, order more formal briefing, or set a telephone conference or a hearing. After a Magistrate Judge has been assigned, all further discovery matters shall be filed pursuant to that Judge's procedures.

1  3. CROSS-MOTIONS FOR SUMMARY JUDGMENT.
2     a. On or before January 15, 2016, the parties will exchange cross-motions for
3        summary judgment.
4     b. On or before January 29, 2016, the parties will exchange opposition briefs.
5     c. The parties' cross-motions shall be heard on February 11, 2016 at 1:30 p.m. in
6        Courtroom 3, 17th Floor, United States Courthouse, 450 Golden Gate Avenue, San
7        Francisco, California.
8  **IT IS SO ORDERED**.

10 Dated: July 9, 2015

_____
RICHARD SEEBORG
United States District Judge