ROBERT J. ROSATI, No. 112006
robert@erisalg.com
THORNTON DAVIDSON, No. 166487
thornton@erisalg.com
ERISA Law Group LLP
6485 N. Palm Avenue, Suite 105
Fresno, California 93704
Telephone: 559-478-4119
Telefax: 559-478-5939

Attorneys for Plaintiff,
TIMOTHY BOCCIA

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| TIMOTHY BOCCIA, | CASE NO. 15-cv-01574-RS |
| Plaintiff, | **NOTICE OF SETTLEMENT** |
| v. | |
| VISA INC. AND COMPANY AFFILIATES WELFARE BENEFIT AND CAFETERIA PLAN; METROPOLITAN LIFE INSURANCE COMPANY, | |
| Defendants. | |

PLEASE TAKE NOTICE THAT Plaintiff, TIMOTHY BOCCIA, and Defendants, VISA INC. AND COMPANY AFFILIATES WELFARE BENEFIT AND CAFETERIA PLAN and METROPOLITAN LIFE INSURANCE COMPANY, have settled the above referenced case. This settlement is contingent upon the execution of a written settlement agreement. The case will be dismissed by Plaintiff upon execution of said settlement agreement, in no more than 45 days from the date of this notice. Please vacate all currently scheduled dates in this matter.

///

///

ERISA LAW GROUP, LLP

Date: November 3, 2015

       *s/ Robert J. Rosati*
ROBERT J. ROSATI, NO. 112006
ERISA Law Group LLP

Attorneys for Plaintiff,
TIMOTHY BOCCIA

**CERTIFICATE OF SERVICE**

STATE OF CALIFORNIA, COUNTY OF FRESNO

    I, MAI VANG, certify and declare as follows: I am a citizen of the United States and a resident of the County aforesaid; I am over the age of eighteen years and not a party to the within above entitled action; my business address is 6485 N. Palm Avenue, Suite 105, Fresno, California 93704; Fax 559-478-5939.

    I hereby certify that on November 3, 2015, I served the foregoing documents described as: **NOTICE OF SETTLEMENT** on the interested parties as follows:

| | |
|---|---|
| Rebecca A. Hull<br>Erin Cornell<br>SEDGWICK LLP<br>333 Bush Street, 30th Floor<br>San Francisco, CA 94104-2834<br><br>*rebecca.hull@sedgwicklaw.com*<br>*erin.cornell@sedgwicklaw.com* | Attorneys for Defendants, VISA INC. AND COMPANY AFFILIATES WELFARE BENEFIT AND CAFETERIA PLAN; METROPOLITAN LIFE INSURANCE COMPANY |

[ X ]   **ELECTRONICALLY:** I caused a true and correct copy thereof to be electronically filed using the Court's Electronic Court Filing ("ECF") System and service was completed by electronic means by transmittal of a Notice of Electronic Filing on the registered participants of the ECF System. I served those parties who are not registered participants of the ECF System as indicated below.

[ ]   I placed the [ ] original / [ ] a true copy thereof enclosed in a sealed envelope(s) to the parties listed above and caused such envelope(s) to be delivered by:
[ ] **U.S. POSTAL SERVICE**     [ ] **OVERNIGHT DELIVERY**

[ X ]   **BY EMAIL:** I electronically transmitted a true and correct copy thereof to the interested parties' electronic notification address(es) of record before close of business for the purpose of effecting service and the transmission was reported as complete and without error.

    I am employed in the office of a member of the bar of this Court at whose direction the service was made. I declare under penalty of perjury under the laws of the United States of America that the above is true and correct. Executed on November 3, 2015, at Fresno, California.

                                  *s/ Mai Vang*
                                    MAI VANG