1   ROBERT J. ROSATI, # 112006
    robert@erisalg.com
2   THORNTON DAVIDSON, # 166487
    thornton@erisalg.com
3   ERISA Law Group LLP
    6485 N. Palm Ave.,
4   Fresno, California 93704
    Telephone: 559-478-4119
5   Facsimile: 559-478-5939
6
7   Attorneys for Plaintiff,
    TIMOTHY BOCCIA
8

9                   UNITED STATES DISTRICT COURT

10                 NORTHERN DISTRICT OF CALIFORNIA

11                    SAN FRANCISCO DIVISION

12

13  TIMOTHY BOCCIA,                    )  CASE NO. 3:15-cv-1574
                    Plaintiff,         )
14                                     )  **STIPULATION OF DISMISSAL WITH**
                                       )  **PREJUDICE PURSUANT TO FED. R.**
15  v.                                 )  **CIV. P. 41(a)(1); [~~PROPOSED~~] ORDER**
                                       )
16  VISA INC. AND COMPANY AFFILIATES   )
    WELFARE BENEFIT AND CAFETERIA      )
17  PLAN; METROPOLITAN LIFE INSURANCE  )
    COMPANY,                           )  Honorable Richard Seeborg
18                  Defendants.        )
19  _____ )

20
        Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff and Defendants
21
    hereby stipulate to the dismissal of this case with prejudice.
22
        Each Party will bear their own costs and attorneys' fees in this matter.
23
    Dated: December 8, 2015          ERISA LAW GROUP LLP
24
25                                    _/s/ Robert J. Rosati_____
                                      ROBERT J. ROSATI
26                                    Attorneys for Plaintiff,
                                      TIMOTHY BOCCIA
27

28

                                       1

1    Dated: December 8, 2015       SEDGWICK LLP

2

      */s/Rebecca A. Hull*_____

3       MARK J. HANCOCK
      REBECCA A. HULL

4       ERIN A. CORNELL
      Attorneys for Defendants,

5       VISA INC. AND COMPANY AFFILIATES WELFARE
      BENEFIT AND CAFETERIA PLAN;

6       METROPOLITAN LIFE INSURANCE COMPANY

7

8

9

10                  **[PROPOSED] ORDER**

11

12         Pursuant to the Stipulation above, it is hereby ORDERED that:

13         Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff and Defendants

14 hereby stipulate to the dismissal of this case with prejudice.

15         Each Party will bear their own costs and attorneys' fees in this matter.

16         IT IS SO ORDERED.

17

18 DATED:      12/9/15 _____                             _____

19           Honorable Richard Seeborg
          UNITED STATES DISTRICT COURT JUDGE

20

21

22

23

24

25

26

27

28